IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SIR DEMARCO D. BLEDSOE, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CIV-14-80-M |
| STEVEN G. NASH, et al., ) | |
| Defendants. ) | |

## ORDER

On February 11, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that all of plaintiff's federal claims be dismissed, that the Court decline to exercise supplemental jurisdiction over plaintiff's state law claims, that plaintiff's Amended Complaint be dismissed, and that plaintiff's "Motion Letter to Courts" be denied as moot. Plaintiff was advised of his right to object to the Report and Recommendation by March 4, 2015. Plaintiff was subsequently granted extensions of time until August 31, 2015 to object to the Report and Recommendation. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 25] issued by the Magistrate Judge on February 11, 2015;
(2) DISMISSES plaintiff's federal claims;
(3) DECLINES to exercise supplemental jurisdiction over plaintiff's state law claims;
(4) DISMISSES plaintiff's Amended Complaint; and
(5) DENIES plaintiff's "Motion Letter to Courts" [docket no. 20] as moot.

**IT IS SO ORDERED this 9th day of September, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE